```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
STATE FARM LIFE AND ACCIDENT ASSURANCE    :
COMPANY,                                  :    09 CIV. 1758 (DLC)
                           Plaintiff,     :
            -v-                           :         ORDER
                                          :
KENNETH M. LYNCH, RYAN J. LYNCH,          :
PATRICIA A. KORNBLIT, LATHLEEN M.         :
WISREWSKI, and KARL E. BOWER,             :
                                          :
                           Defendants.    :
                                          :
----------------------------------------  X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4/23/09

DENISE COTE, District Judge:

The Court having received a letter dated April 22, 2009 from counsel for the plaintiff that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

IT IS FURTHER ORDERED that the April 24, 2009 initial pretrial conference is cancelled.

Dated:   New York, New York
         April 23, 2009

_____
         DENISE COTE
         United States District Judge